Stipulated dismissal with prejudice approved 5/8/2020.
s/ *James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION (CLEVELAND)

| | |
|---|---|
| EUGENE SCALIA, SECRETARY OF LABOR, U. S. DEPARTMENT OF LABOR, | CASE NO. 1:17CV01755 |
| Plaintiff, | JUDGE JAMES S. GWIN |
| v. | |
| WILMINGTON TRUST, N.A.; GRAPHITE SALES, INC. EMPLOYEE STOCK OWNERSHIP PLAN, | |
| Defendants. | |

### STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii) OF THE FEDERAL RULES OF CIVIL PROCEDURE

The parties have reached a settlement and memorialized it in a written agreement. The Plan was named as a defendant pursuant to Federal Rule of Civil Procedure 19(a) solely to assure that complete relief can be granted and is not a signatory to the written agreement. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and request that the above-captioned matter be dismissed, with prejudice, with each party to bear his/its own attorneys' fees and costs.

Respectfully submitted,

Dated: April 30, 2020

| | |
|---|---|
| /s/Michael J. Prame | /s/Mary L. Bradley |
| Michael J. Prame (*pro hac vice*) | MARY L. BRADLEY (0071952, OH) |
| Mark c. Nielsen (*pro hac vice*) | Senior Trial Attorney |
| Andrew Salek-Raham (*pro hac vice*) | United States Department of Labor |

1